UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

CASE NO.: 1:24-cv-11162

C.H., INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.
_____/

**Judge: Honorable Elaine E. Bucklo**

**Magistrate Judge: Honorable Jeffrey Cole**

## NOTIFICATION OF AFFILIATES

Defendants, CUBICER, MYMISOR, ZOXIX, and KOIXA (collectively "Moving Defendants"), by and through its undersigned counsel, hereby discloses the following pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2:

1. Names of Affiliates pursuant to LR 3.2(a):

- Seller Store: KOIXA
  Seller ID: A2EWVW2S4OB1E4
  Seller Name: TRAN TOAN (100% ownership)
  Seller Address: K134/26 Quang Trung, P. Thach Thang, Q.Hai Chau, TP.Da Nang, Da Nang, 550000, Viet Nam

- Seller Store: CUBICER
  Seller ID: A911CPZ2MXMD
  Seller Name: Duong Phung Hin (100% ownership)
  Seller Address: TO 20, P. HOA AN, Q.CAM LE, TP.DA NANG, Da Nang, 550000, Viet Nam

- Seller Store: MYMISOR
  Seller ID: A2W1UM6AF3KV57
  Seller Name: Nguyen Ngoc Hoang My (100% ownership)
  Seller Address: 60 Duong Quang Ham, Cau Giay Ha Noi, 100000, Viet Nam

- Seller Store: ZOXIX
  Seller ID: A2AP2G58JYQZ9F
  Seller Name: Vo Pham Khanh Quynh (100% ownership)
  Seller Address: 218/2 dong da, Q.Hai Chau, TP.Da Nang, Da Nang, 550000, Viet Nam

2. All Defendants are private non-governmental parties. They are not a parent, subsidiary, or other affiliate of any publicly owned company. There is no other entity or individual that owns 5% or more of the stock of each of the Defendants.

Respectfully submitted on March 20, 2025.

/s/ Jianyin Liu

FBN: 1007675
Jianyin Liu, Esq.
The Law Offices of James Liu, LLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was sent via CM/ECF on Mar. 20, 2025.