UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:24-cv-11162

YOUR TRUE NATURE, INC.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS 92, 248, 257, 262 and 275

Plaintiff YOUR TRUE NATURE, INC. by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as against the following defendants:

a. KOIXA (Defendant No. 92 on Schedule "A");

b. PutuoHomedecor (Defendant No. 248 on Schedule "A");

c. Putuo Home Accents (Defendant No. 257 on Schedule "A");

d. Putuo (Defendant No. 262 on Schedule "A"); and,

e. Putuo Decor (Defendant No. 275 on Schedule "A").

Dated: March 27, 2025                Respectfully submitted,

                                           */s/ Joel B. Rothman*
                                           JOEL B. ROTHMAN
                                           Florida Bar Number: 98220
                                           joel.rothman@sriplaw.com
                                           ANGELA M. NIEVES

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

        Florida Bar Number:  1032760
angela.nieves@sriplaw.com
**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

J. CAMPBELL MILLER
Illinois Bar Number: 6345233
campbell.miller@sriplaw.com

**SRIPLAW, P.A.**
742 S. Rangeline Rd.
Carmel, IN 46032
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Your True Nature, Inc.*